1014

[No. 43041-6-I.     Division One.     August 30, 1999.]

MICHAEL CAIN, *Appellant*, v. SOURCE ONE MORTGAGE
SERVICES CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-00641-4, Michael Trickey, J., entered June
19, 1998. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Grosse and Baker, JJ.

[No. 43064-5-I.     Division One.     August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DREW PICARD,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-02250-9, Ann Schindler, J., entered July
10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43065-3-I.     Division One.     August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. L.B.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-07069-6, Philip G. Hubbard, Jr., J.,
entered June 26, 1998. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.

[No. 43091-2-I.     Division One.     August 30, 1999.]

DONALD SVETICH, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-01148-3, Timothy Bradbury, J. Pro Tem.,
entered July 8, 1998. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Becker and Cox, JJ.